## Attachment A:  Statement of Facts

*The undersigned parties stipulate and agree that, if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt.  The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

In August 2018, the United States Postal Inspection Service and the Drug Enforcement Administration began jointly investigating the importation of large cocaine quantities into Maryland.  Based on physical and video surveillance and other law enforcement tools, investigators identified Russell Stanley III ("co-defendant Stanley") as the drug trafficking organization leader and Zakiyya Holloman ("defendant") as one of the United States Postal Service ("USPS") letter carriers who diverted United States Priority Mail parcels containing cocaine to the co-defendant Stanley in exchange for cash payments.

Between April 2017 and October 2019, the defendant worked as a USPS letter carrier.  As a USPS letter carrier, the defendant was a public official as defined in 18 U.S.C. § 201(a)(1).

During the same time period, the defendant was assigned to Postal Rural Route 022, servicing Bowie, Maryland.  As part of her official duties, she had certain responsibilities.  Among them were (1) delivering each package sent via USPS along her assigned route to the addressee at the proper address; (2) keeping accurate records of her deliveries, including scanning a parcel that required tracking as delivered at the proper time and location if in fact the defendant properly delivered it to the addressee at the proper address; and (3) returning a parcel to the post office so that the post office could return it to the sender if the parcel's delivery address was a vacant address or the listed recipient had no association with the delivery address.

In or about April 2018, a mutual acquaintance of the co-defendant Stanley and the defendant introduced the co-defendant Stanley to the defendant.  Shortly after that introduction, the co-defendant Stanley inquired about the defendant's assigned route, including whether there were any vacant houses on it.  About three weeks later, the defendant Stanley began receiving United States Priority Mail parcels on the defendant's assigned route.  Unknown persons began sending United States Priority Mail parcels to addresses in Bowie, Maryland, on the defendant's route.  There was no association between the senders' and recipients' names and their listed addresses, and Puerto Rico was the place those parcels entered the mail stream.

The defendant agreed to divert United States Priority Mail parcels to the co-defendant Stanley.  To coordinate his receipt of those parcels, the co-defendant Stanley texted the defendant when he was ready to receive the United States Priority Mail parcels.  On at least three occasions, the defendant diverted United States Priority Mail parcels to the co-defendant Stanley.  The defendant handed the co-defendant Stanley a United States Priority Mail parcel on October 13, 2018, and November 13, 2018.  Similarly, the co-defendant Stanley retrieved a United States Priority Mail parcel from the driver side of the defendant's postal vehicle and placed it in his vehicle on October 20, 2018.  The defendant received $500 in United States currency in exchange for diverting each of those parcels to the co-defendant Stanley.  In total, the defendant obtained at

*United States v. Zakiyya Holloman*
Criminal No. PX-20-0073

least $1,500 in United States currency as a result of her offenses. To conceal the scheme, the defendant would scan United States Priority Mail parcels as delivered to the addressees, although she delivered those parcels to the co-defendant Stanley.

July 15, 2020
_____
Date

7/21/20
_____
Date

7/21/20
_____
Date

SO STIPULATED:

_Samika N. Boyd_
_____
Samika N. Boyd
Jason D. Medinger
Assistant United States Attorneys

_____
Zakiyya Holloman
The defendant

_____
David Fischer, Esq.
The defendant's Counsel

_United States v. Zakiyya Holloman_
Criminal No. PX-20-0073

2